IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Miller, Marvin | Case Number: 04 B 28532 |
|---|---|---|
| | Jackson-Miller, Dinisha | Judge: Squires, John H |
| | Printed: 7/15/08 | Filed: 8/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 13, 2008
Confirmed: September 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 76,628.23 | |
| Secured: | | 61,014.35 |
| Unsecured: | | 7,631.99 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,925.39 |
| Other Funds: | | 1,356.50 |
| Totals: | 76,628.23 | 76,628.23 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Provident Bank | Secured | 39,354.89 | 39,354.89 |
| 3. | Provident Bank | Secured | 16,791.91 | 16,791.91 |
| 4. | City Of Chicago | Secured | 583.52 | 583.52 |
| 5. | HSBC Auto Finance | Secured | 4,284.03 | 4,284.03 |
| 6. | HSBC Auto Finance | Unsecured | 6,035.21 | 6,035.21 |
| 7. | Peoples Energy Corp | Unsecured | 759.08 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 936.78 | 936.78 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 660.00 | 660.00 |
| | | | $ 72,105.42 | $ 71,346.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 776.73 |
| 4% | 230.67 |
| 3% | 153.53 |
| 5.5% | 928.71 |
| 5% | 275.67 |
| 4.8% | 495.62 |
| 5.4% | 1,064.46 |
| | $ 3,925.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Miller, Marvin | Case Number:  04 B 28532 |
| Jackson-Miller, Dinisha | Judge:  Squires, John H |
| Printed:  7/15/08 | Filed:  8/2/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

